**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02406-BNB

FRANKY L. SESSION,

    Plaintiff,

v.

DEPUTY SHERIFF CLEMINGS,
DEPUTY SHERIFF ANDREWS,
SHERIFF CAPTAIN ROMERO,
SHERIFF SERGEANT JORDAN,
DEPUTY SHERIFF AREANO,
DEPUTY SHERIFF CASSITY,
SHERIFF CAPTAIN ORTAGA,
DENVER SHERIFF CHIEF DIGGINS,
DENVER SHERIFF DEPARTMENT, All in Their Individual and Official Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On September 16, 2014, Plaintiff filed a Motion Requesting Defendant to be Added to Caption, ECF No. 13, and a Motion Requesting Process of Service, ECF No. 14. The motion to add a defendant to the caption is denied as moot. The Court directed Plaintiff to file an Amended Complaint. Plaintiff can add the defendant in the Amended Complaint that he has been directed to file. The motion for process of service is denied as premature.

    The Clerk of the Court is directed to send a copy of the Order to File Amended Complaint, ECF No. 10, to Plaintiff as the address he has provided in ECF No. 12.

Dated: September 18, 2014