**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02406-GPG

FRANKY L. SESSION,

    Plaintiff,

v.

DEPUTY SHERIFF CLEMINGS,
DEPUTY SHERIFF ANDREWS,
DENVER SHERIFF CAPTAIN ROMERO,
DENVER SHERIFF SERGEANT JORDAN,
DEPUTY SHERIFF AREANO,
DENVER MAIL ROOM TECH (UNKNOWN), and
DENVER SHERIFF (UNKNOWN), All in Their Individual and Official Capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    On December 10, 2014, Plaintiff filed a "Motion Requesting a Copy of the Last Amended Prisoner Complaint," ECF No. 28.  Plaintiff is responsible for maintaining copies of each document he files with the Court.  Plaintiff claims insufficient funds to pay for photocopying; but at the time he filed this action he had $41.29 in his account and an average monthly balance of over $30 for the past six months.

    The Clerk of the Court is directed to send a "Copy Notice" to Plaintiff regarding his request for photocopies of his last Amended Prisoner Complaint, ECF No. 21.  The Motion is terminated.

Dated: December 11, 2014