IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02406-PAB

FRANKY L. SESSION,

    Plaintiff,

v.

DEPUTY SHERIFF CLEMINGS,
DEPUTY SHERIFF ANDREWS,
DEPUTY SHERIFF CAPTAIN ROMERO, and
DEPUTY SHERIFF SERGEANT JORDON,

    Defendants.

_____

**ORDER**
_____

    This matter is before the Court on the Motion for Injunction Relief [Docket No. 3] filed by plaintiff Franky L. Session. In light of plaintiff's pro se status, the Court construes his filings liberally. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 & n.3 (10th Cir. 1991).

    At all relevant times, plaintiff was incarcerated at the Denver Downtown Detention Center. *See* Docket No. 31 at 1-2 (alleging that defendants all work at the Denver Downtown Detention Center). Plaintiff's motion claims that for more than a year, "different Denver Deputy Sheriff[s] have tried to find multiple ways to place [plaintiff] back into [a] 23 hour segregation unit." Docket No. 3 at 1. Plaintiff asks the Court to order the Denver Sheriff's Department to refrain from placing plaintiff in 23 hour segregation or isolation and to allow plaintiff to see a therapist for his mental issues. *Id.* at 2.

On January 12, 2015, plaintiff filed a Notification of Change of Address, informing the Court that plaintiff is now an inmate at the Crowley County Correctional Facility in Olney Springs, Colorado. Docket No. 30 at 1. Because plaintiff is no longer incarcerated at a facility operated by the Denver Sheriff's Department, plaintiff's motion for injunctive relief regarding segregation is moot. The same is true regarding plaintiff's request for an order allowing him to see a therapist.

For the foregoing reasons, it is

**ORDERED** that plaintiff Franky L. Session's Motion for Injunction Relief [Docket No. 3] is **DENIED**.

DATED March 5, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge