IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02406-PAB-KLM

FRANKY L. SESSION,

     Plaintiff,

v.

CLEMINGS, Deputy Sheriff, in his official and individual capacities,
ANDREWS, Deputy Sheriff, in his official and individual capacities,
ROMERO, Deputy Sheriff Captain, in his official and individual capacities, and
JORDON, Deputy Sheriff Sergeant, in his official and individual capacities,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion for Leave to File a Third Amended Complaint and Service Upon the Defendants** [#48] (the "Motion to Amend"), on Defendants Clements, Romero, and Jordan's **Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Second Amended Prisoner Complaint** [#52] (the "Initial Motion for Extension"), and on Defendants Clements, Romero, Jordan, and Andrews' **Amended Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Second Amended Prisoner Complaint** [#54] (the "Amended Motion for Extension").

     IT IS HEREBY **ORDERED** that the Motion to Amend [#48] is **GRANTED**.  The Clerk of Court shall accept Plaintiff's Third Amended Complaint [#48-1] for filing as of the date of this Minute Order.

     IT IS FURTHER **ORDERED** that the Initial Motion for Extension [#52] and the Amended Motion for Extension [#54] are **DENIED as moot**.

     Dated:  March 31, 2015