IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02406-PAB-KLM

FRANKY L. SESSION,

     Plaintiff,

v.

CLEMENTS, Deputy Sheriff, in his official and individual capacities,
ANDREWS, Deputy Sheriff, in his official and individual capacities,
ROMERO, Deputy Sheriff Captain, in his official and individual capacities, and
JORDAN, Deputy Sheriff Sergeant, in his official and individual capacities,

     Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Amendment [sic] the Names of Defendants in the Third Amended Prisoner Complaint and All Other Prior Filings** [#59] (the "Motion").  At the request of Defendants, Plaintiff seeks to correct the spellings of the names of two of the Defendants in this matter.

     IT IS HEREBY **ORDERED** that the Motion [#59] is **GRANTED**.  All future filings in this matter shall spell Defendants Clements and Jordan's names as listed here.  The Clerk of Court shall correct the names on the electronic docket accordingly.

     Dated:  April 16, 2015