IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02406-PAB-KLM

FRANKY L. SESSION,

      Plaintiff,

v.

CLEMENTS, Deputy Sheriff, in his official and individual capacities,
ANDREWS, Deputy Sheriff, in his official and individual capacities,
ROMERO, Deputy Sheriff Captain, in his official and individual capacities, and
JORDAN, Deputy Sheriff Sergeant, in his official and individual capacities,

      Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Motion Requesting Return of All Originals [sic] Exhibits Sent in Error** [#72] (the "Motion"). Plaintiff, who proceeds in this matter as an incarcerated pro se litigant, seeks the return of original exhibits he sent to the Court in support of his lawsuit. Plaintiff, who belatedly realized that he should not have sent the originals, now seeks their return. As a one-time courtesy, the Court directs the Clerk of Court to return the original exhibits it has on file. In the future, Plaintiff should only provide copies of his exhibits, not the originals, unless at trial or otherwise directed by the Court.

      The Court has been unable to find Exhibits VV and WW which Plaintiff also seeks returned. If Plaintiff can provide, by motion, an approximate date on which these exhibits were sent to the Court, or the name of the document to which they were attached, the Court will make one additional search for them. Plaintiff is warned, however, that the Clerk's Office only keeps original filings for one year, and so Plaintiff should make his request in a timely manner. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#72] is **GRANTED in part and DENIED without prejudice in part**. The Motion is **granted** to the extent the Plaintiff seeks return of the originals of Exhibits A-V and AA-UU. The Motion is **denied without prejudice** to the extent Plaintiff seeks the return of Exhibits VV-WW.

      Dated: July 29, 2015