IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02406-PAB-KLM

FRANKY L. SESSION,

    Plaintiff,

v.

CLEMENTS, Deputy Sheriff, in his official and individual capacities,
ANDREWS, Deputy Sheriff, in his official and individual capacities,
ROMERO, Deputy Sheriff Captain, in his official and individual capacities, and
JORDAN, Deputy Sheriff Sergeant, in his official and individual capacities,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Cease and Stop the Ignoring of Legal Library Request and Court Imposed Deadlines** [#93] (the "First Motion to Cease"); on Plaintiff's **Motion for Extension of Time to File Motion to Support Fourth Amended Complaint and Response to Defendants' Motion in Opposition to Plaintiff's Fourth Amended Complaint** [#94] (the "Motion for Extension"); and on Plaintiff's **Motion to Cease and Desist [All] Obstruction in the [Preparation] of Plaintiff['s] Legal Documents to the Courts** [#97] (the "Second Motion to Cease").

    IT IS HEREBY **ORDERED** that the Motion for Extension [#94] is **GRANTED**. Plaintiff's Reply [#99] in support of his Motion for Leave to File Fourth Amended Prisoner Complaint [#85] is accepted as timely filed.

    IT IS FURTHER **ORDERED** that the First Motion to Cease [#93] and the Second Motion to Cease [#97] are **DENIED as moot**. In short, Plaintiff asks the Court to direct the law librarian to provide him with more time and resources with which he can complete his Reply [#99] in support of his Motion for Leave to File Fourth Amended Prisoner Complaint [#85]. Because Plaintiff's Reply [#99] has been accepted for filing with the Court and will be reviewed in connection with the adjudication of his Motion for Leave to File Fourth Amended Prisoner Complaint [#85], and because Plaintiff identifies no part of his Reply which he believes is now deficient, the Motions to Cease [#93, #97] are moot.

    Dated: January 21, 2016