IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-02406-PAB-KLM

FRANKY L. SESSION,

      Plaintiff,

v.

DEPUTY SHERIFF CLEMENTS, in his individual and official capacity,
DEPUTY SHERIFF CAPTAIN ROMERO, in his individual and official capacity, and
DEPUTY SHERIFF SERGEANT JORDAN, in his individual and official capacity,

      Defendants.
_____

### ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix filed on November 14, 2016 [Docket No. 190]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on November 14, 2016. Plaintiff requested and the Court granted two extensions of time to file objections. Plaintiff's objections were due on or before January 13, 2017. *See* Docket No. 200. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").  In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1] Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1.   The Recommendation of United States Magistrate Judge [Docket No. 190] is ACCEPTED.

    2.   Plaintiff's Motion for Partial Summary Judgment [Docket No. 138] is DENIED.


    DATED January 17, 2017.

                         BY THE COURT:


                          s/Philip A. Brimmer
                         PHILIP A. BRIMMER
                         United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).